In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., to Lands for Approach to Manhattan Bridge (Bridge No. 3), etc., in the Fourth, Fifth and Eleventh Wards, Borough of Brooklyn, City of New

York. Christine Camichel, Petitioner.— Matter referred to John A. Warren, Esq., to take proof and report. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.